Date: 08/05/11                                                                                                                Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 10-31845 - JANOTA, SHIRLEY A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Discover Bank**<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br>  FINAL DISTRIBUTION<br>  8611 | 000007 | 65.00 | 0.58 |
| ---------- Remittance Total --------------- | | 65.00 | 0.58 |

_John A. Hedback, Trustee_

COURT1                                                                                      Printed: 08/05/11 11:03 AM   Ver: 16.02b